IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL D. LITTLE,** Beneficiary of **WINTHROP FAMILY TRUST,** and **DAVID J. PELKEY,** Executor for **WINTHROP FAMILY TRUST,** | ) ) ) ) ) | **CASE NO. 4:11CV3037** |
| Plaintiffs, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| **JAMES R. CLARK,** CFO Great Western Bancorporation Inc., parent company of Great Western Bank, a bank chartered under the laws of the State of South Dakota, successor in interest to the loans of TierOne Bank, a federally chartered savingsbank, **THOMAS R. OSTDIEK,** Attoney At Law, #20131 with WALENTINE, O'TOOLE, MCQUILLAN & GORDON, ROES I THROUGH X INCLUSIVE, and DOES I THROUGH X, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on a Stipulation for Dismissal filed by Defendants James R. Clark and Thomas R. Ostdiek. (Filing No. 15.) Plaintiffs Michael D. Little and David J. Pelkey have both signed the Stipulation and agreed to dismissal with prejudice. (*Id*.) The court accepts the Stipulation.

IT IS THEREFORE ORDERED that:

1. In accordance with the parties' Stipulation for Dismissal (Filing No. 15), this matter is dismissed with prejudice;

2. Defendants' Motion to Dismiss (Filing No. 12) and Amended Motion to Dismiss (Filing No. 14) are denied as moot; and

3.     A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 27th day of June, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.